# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator * Clerk of Court

299 East Broward Boulevard
Fort Lauderdale, Florida 33301
(954)769-5400

October 12, 2000

Clerk, U. S. District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA   90012

RE:   USA vs. TAREK HALABI
Our Case No: 00-4236-SNOW
Your Case No: CR 92-399-MRP



FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 40).  Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

by: _____
       Deputy Clerk

Receipt acknowledged by: _____

                          Print Name:_____

                          Title:_____

                          Date: _____

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator * Clerk of Court

299 East Broward Boulevard
Fort Lauderdale, Florida 33301
(954)769-5400

October 12, 2000

Clerk, U. S. District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA   90012

RE:  USA vs. TAREK HALABI
Our Case No: 00-4236-SNOW
Your Case No: CR 92-399-MRP

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 40). Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

by: *[signature]*
        Deputy Clerk

Receipt acknowledged by: _____

Print Name: _____

Title: _____

Date: _____

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| _Tarek Halabi_ | |

**COPY FOR JUDGE** (stamp)

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 92-399-MRP | 00-4236-Snow | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE** CO/CA

**DESCRIPTION OF CHARGES:**

Failure to appear to commence sentence

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) No bond

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language: _____

**DISTRICT OF** _____

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/11/00 _____ Lurana S. Snow
Date        United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF FLORIDA

COPY FOR JUDGE

FILED OCT 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Case No: 00-4236-SNOW

United States of America

v

**WAIVER OF REMOVAL HEARING**

**TAREK HALABI**

I, Tarek Halabi, charged in a proceeding pending in the Central District of California, with violation of Failure to Appear and having been arrested in the Southern District of Florida and taken before Lurana S. Snow, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the Central District of California where the aforesaid charge is pending against me.

Oct. 11, 2000

_____
Signature of defendant

_Lurana S. Snow_
Lurana S. Snow
United States Magistrate Judge

**COPY FOR JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4236-Snow

UNITED STATES OF AMERICA

    Plaintiff,

v.

TAREK HALABI

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language  English
Tape No.  00- 051
AUSA  Duty
Agent  USM

*[FILED stamp: OCT 11 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.]*

The above-named defendant having been arrested on OCTOBER 11, 2000, having appeared before the court for initial appearance on OCTOBER 11, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

ORDERED as follows:
1. _Bernardo Lopez (duty)_ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _FPD_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _waived_ at _____ before Judge _____.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ___a. Surrender all passports and travel document to the Pretrial Services Office.
   ___b. Report to Pretrial Services as follows:_____ times a week /month by phone, _____ time a week/month
      in person; other: _____
   ___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
      prohibited by law.
   ___d. Maintain or actively seek full time gainful employment.
   ___e. Maintain or begin an educational program.
   ___f. Avoid all contact with victims of or witnesses to the crimes charged.
   ___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   ___h. Comply with the following curfew: _____
   ___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:_____

_____

This bond was set: At Arrest _____
              On Warrant ____✓____
              After Hearing __✓__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 11TH day of OCTOBER, 2000.

*[signature]*
U. S. MAGISTRATE JUDGE
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation

COURT MINUTE COPY FOR JUDGE

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: TAREK HALABI (J)  
AUSA: DUTY / Tom Lanigan  
AGENT: USM  
PROCEEDING: I/A ON REMOVAL  
BOND HEARING HELD - yes / no  
BOND SET @:  

CASE NO: 00-4236-SNOW  
ATTY: Bernardo Lopez  
VIOL: FAILURE TO APPEAR - CD/CA  
RECOMMENDED BOND: NO BOND  
COUNSEL APPOINTED: FPD  
To be cosigned by:  

FILED OCT 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: ___
☐ Travel extended to: ___
☐ Halfway House ___

Deft advised of charges  
Sworn for apptmt of counsel  

Waiver of removal executed  
Deft ordered removed  

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10-11-00  TIME: 11:00  FTL/LSS TAPE # 00 - 051  Begin: 637  End: 994

Re-call @ 922

AO 442 (Rev. 12/85) Warrant for Arrest

00-4236-SNOW

# United States District Court

CENTRAL _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.

TAREK HALABI

**WARRANT FOR ARREST**

CASE NUMBER: CR 92-399-MRP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tarek Halabi _____
                                              Name

and bring him ~~or her~~ forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense) Conspiracy to possess with intent to distribute cocaine; possession with intent to distribute and distribution of cocaine; aiding and abetting in violation of 21 USC 846, and 841(a)(1), and failure to surrender to the U.S. Marshal on or before February 14, 2000, to commence his sentence.

in violation of Title _____ United States Code, Section(s) _____

SHERRI R. CARTER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

March 24, 2000
Date and Location

Bail fixed at $ NO BAIL  by MARIANA R. PFAELZER, JUDGE
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

TOTAL P.02